STATE OF SOUTH CAROLINA
COUNTY OF ORANGEBURG

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL CIRCUIT

Willie Flood,                              )
                                           )    Civil Action No.: 2015-CP-38-00851
            Plaintiff,                     )
                                           )    **AMENDED SUMMONS**
v.                                         )
                                           )    (Jury Trial Requested)
Nationwide Mutual Insurance                )
Company as surviving entity and/or         )
successor in interest to Harleysville      )
Mutual Insurance Company and               )
Harleysville Insurance Company,            )
                                           )
            Defendants.                     )
_____)

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of

which is herewith served upon you, and to serve a copy of your Answer to Complaint upon the subscriber

at their office, Post Office Box 3241 (29171), 519 Meeting Street, West Columbia, SC 29169, within

thirty (30) days after service thereof, exclusive of the day of such service, or within (35) days if service is

accomplished through United States Mail, exclusive of the day of such service, and if you fail to Answer

the Complaint within time aforesaid, the Plaintiff in this action will apply to the Court for the relief

demanded in said Complaint.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

THE ALLEN LAW FIRM, P.A.

David K. Allen, Esq.
Attorney for Plaintiff
P.O. Box 3241 (29171)
519 Meeting Street
West Columbia, SC 29169
o: (803) 764-2328
f: (803) 764-2548
David@TheAllenLawFirm.org

West Columbia, South Carolina
August 10, 2015

ATTEST: TRUE COPY

Winnia B. Clark
CLERK OF COURT
ORANGEBURG COUNTY, SC

STATE OF SOUTH CAROLINA
COUNTY OF ORANGEBURG

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL CIRCUIT

Willie Flood,

        Plaintiff,

v.

Nationwide Mutual Insurance
Company as surviving entity and/or
successor in interest to Harleysville
Mutual Insurance Company and
Harleysville Insurance Company,

        Defendants.

Civil Action No.: 2015-CP-38-00851

**AMENDED COMPLAINT**

(Jury Trial Requested)

Plaintiff Willie Flood, by and through his undersigned counsel, complaining of the above-named Defendant would respectfully show unto this Honorable Court the following:

## JURISDICTION AND VENUE

1. Plaintiff is a resident and citizen of Orangeburg County, South Carolina.

2. Upon information and belief, Defendant Harleysville Insurance Co. (hereinafter "Harleysville") and Nationwide Mutual Insurance Company (as surviving entity and/or successor in interest of Harleysville Mutual Insurance Company) are corporations formed pursuant to the laws of one of the states of the United States and transacting substantial business in Orangeburg County, South Carolina.   In addition to other bases for jurisdiction as alleged herein, Defendants are subject to the jurisdiction of this court pursuant to S.C. Code § 36-2-803(A)1, 3, 6, and 7.

1



ATTEST: TRUE
Winnie B. Clark
CLERK OF COURT
ORANGEBURG COUNTY, SC

## FACTUAL ALLEGATIONS

3.    Plaintiff renewed an insurance policy for homeowners' coverage with "Harleysville
Mutual Insurance Company" covering the period from June 6, 2012 through June 6,
2013.   The declarations page for this policy is attached hereto as "Exhibit A."

4.    Upon information and belief, Harleysville Mutual Insurance Company entered into a
merger agreement with Nationwide Mutual Insurance Company, wherein Nationwide
Mutual Insurance Company was the surviving entity and successor in interest to
Harleysville Mutual Insurance Company.

5.    Plaintiff paid all necessary premium payments associated with the Harleysville Mutual
Insurance Company (hereinafter "Harleysville") homeowner's insurance policy.
Plaintiff continued to pay his quarterly premiums to Harleysville even after Harleysville's
refusal to honor its obligations under the policy, and Harleysville has accepted all
premiums paid by Plaintiff.

6.    On or about August 17, 2012, Plaintiff's home sustained substantial roof, screen door,
back door, and siding damage that resulted from a severe thunderstorm.   The winds
from the storm caused a large tree branch to fall onto a section of the roof located near
the tree.   Plaintiff was not at the residence during the storm, so several hours of rain and
hail damaged the interior of the residence, as well.

7.    Plaintiff timely reported this claim for damage to Harleysville within a few days of the
storm.

8.    Despite Plaintiff's timely report, it took Harleysville nearly two (2) months to have a
contractor estimate the cost of repairs.   Harleysville knew that Plaintiff had water

2

coming into his home every time it rained during this period and thereafter.

9.    In October 2012, Harleysville had Capstone ISG visit the Flood home to estimate the damage. The estimate (attached hereto as "Exhibit B") shows that the interior damage amounted to only $1,014.60 and exterior damage of only $512.72.

10.    Two (2) days after Capstone ISG inspected for their $1,527.32 estimate for the interior and exterior repairs, Plaintiff had Welch's Quality Builders and Roofing, LLC inspect the home and prepare an estimate for only the exterior repairs and it is attached hereto as "Exhibit C." This estimate came to $21,865 for the exterior repairs alone. Plaintiff also got an estimate for repairs from J.C. Glover's Home Maintenance, who estimated the interior and exterior damage to be $33,520.00. This is attached hereto as "Exhibit D."

11.    Harleysville has only offered to pay Plaintiff $1,000.00 for the damage to Plaintiff's home. Upon information and belief, Harleysville did not offer the full amount of their own $1,527.32 estimate because they reduced it for deductibles and depreciation.

12.    As a direct and proximate result of Harleysville's refusal to pay a reasonable amount, Plaintiff's home has been left in state of disrepair since August 17, 2012.

13.    After sending Plaintiff a check totaling $1,000, Harleysville has been mostly unresponsive. Plaintiff repeatedly made unsuccessful attempts to contact representatives of Harleysville in an effort to resolve their claim for homeowner's benefits.

### FOR A FIRST CAUSE OF ACTION
### Tortious Bad Faith Refusal to Pay an Insurance Claim

14.    All other allegations contained herein, to the extent that they are not inconsistent herewith, are incorporated by reference.

15.    For a term from June 6, 2012 to June 6, 2013, Plaintiff and Harleysville formed a

3

mutually binding contract of homeowner's insurance.

16.    Harleysville recklessly, carelessly, and negligently refused to pay Plaintiff's claim for
homeowner's insurance benefits.

17.    Harleysville intentionally, willfully, and wantonly attempted to avoid paying most or all
of the homeowner's insurance benefits to which Plaintiff was clearly entitled.
Harleysville's refusal has impaired Plaintiff's rights to receive benefits for which he
bargained in this contract of insurance.

18.    As a direct and proximate result of Harleysville's bad faith and negligent refusal to settle
Plaintiff's claim for homeowner's insurance benefits, Plaintiff has sustained the
following damages:

    a.    Unrepaired original storm damage to his home;

    b.    Further water and hail damage to Plaintiff's home caused by Harleysville's failure
to pay for repairs;

    c.    Severe emotional distress associated with having to live in the damaged and
unrepaired home for more than two (2) years prior to the filing of this Complaint;

    d.    Distress associated with living with mold and mildew in his home; and

    e.    Other such particulars as the evidence may show.

## FOR A SECOND CAUSE OF ACTION
### Breach of Contract

19.    All other allegations contained herein, to the extent that they are not inconsistent
herewith, are incorporated by reference.

20.    Plaintiff formed a contract with Harleysville for purposes of providing Plaintiff with
homeowner's insurance coverage.   Harleysville breached this contract by failing to

4

perform its duty of paying the full value of Plaintiff's loss in this claim.

21. Additionally, as part of its contract with Plaintiff, Harleysville owed Plaintiff a duty of good faith and fair dealing that is inherent in all contracts formed in South Carolina.

22. Harleysville's failure to timely investigate Plaintiff's claim or to promptly communicate with Plaintiff about the claim are breaches of this implied duty of good faith and fair dealing.

23. As a direct and proximate result of Harleysville's various breaches of its contact with Plaintiff, Plaintiff's home has remained in a state of disrepair and accumulated more and more damage.

WHEREFORE, Plaintiff Willie Flood demands a jury trial and judgment against Defendants for actual and punitive damages to be determined by the Court as will fully compensate Plaintiff for his injuries and damages, for attorneys' fees and the costs of this action, and for such other relief as this Court deems just and equitable.

THE ALLEN LAW FIRM, P.A.

By: _____

David K. Allen
P.O. Box 3241(29171)
519 Meeting Street
West Columbia, SC 29169
(803) 764 – 2328
ATTORNEY FOR PLAINTIFF

West Columbia, South Carolina
August 10, 2015

5

FILED
WINNIE B. CLARK
CLERK OF COURT
ORANGEBURG, SC
2015 AUG 10  A 8:45

# EXHIBIT A

ATTEST: TRUE COPY

*Winnie B. Clark*

CLERK OF COURT
ORANGEBURG COUNTY, SC

Harleysville, PA 19438-2297
www.harleysville, com

(215)256-5000

# Harleysville.

**HOA964947**

Named Insured:

Willie & Carol Flood
PO Box 2345
Orangeburg SC 29116

For assistance please contact your agent
ROBERT BRYANT & SON INC
at 803-531-3634

(Agent Code 39-6908)

## COVERAGES & LIMITS

**Section I - Property**

| | |
|---|---|
| A - Dwelling | $242,000 |
| B - Other Structures | $24,200 |
| C - Personal Property | $181,500 |
| D - Loss of Use | $48,400 |

**Section II - Liability**

| | | |
|---|---|---|
| E - Personal Liability | $300,000 | Per Occurrence |
| F - Medical Payments | $5,000 | Per Person |

## POLICY PREMIUMS

| | |
|---|---|
| Basic Coverages | $1,741.00 |
| Increased Liability | $26.00 |

## DEDUCTIBLES

$ 500 deductible applies to loss covered by Section I

## DISCOUNTS

| | |
|---|---|
| Loss Free Discount | $85.00- |
| Protective Device Credit | $35.00- |
| Escaped Liquid Fuel Limitation | $16.00- |
| Mature Homeowner | $32.00- |

| | |
|---|---|
| **TOTAL POLICY PREMIUM** | $1,599.00 |
| **CHANGE IN PREMIUM** | $0.00 |

## INSURED LOCATION

144 Timrose Lane
Orangeburg
29115

## RATING INFORMATION

Frame construction
Protection Class 5
Not more than   5 feet from a fire hydrant
Heating Update Year - 2005
Fire district tax code : 56438

One family
Built in 1974
SC Territory 66
Dwelling is located in Orangeburg County
Located in Fire District Orangeburg

**Continued on reverse side**

F-3059J (0600)          Direct Bill          **AGENT'S COPY**          PAGE  1



# EXHIBIT B

FILED
WINNIE B. CLARK
CLERK OF COURT
ORANGEBURG, SC
2015 AUG 10 A 9: 45

ATTEST: TRUE COPY

Winnie B. Clark
CLERK OF COURT
ORANGEBURG COUNTY SC

INTERIOR

## Capstone ISG

P.O Box 3308
Irmo, SC 29063
Cell: 910-740-3188
Fax: 863-233-1345

| | | | |
|---|---|---|---|
| Insured: | Willie Flood | Home: | (803) 596-9806 |
| Property: | 144 Thumee Lane | | |
| | Orangeburg, SC 29116 | | |
| | | | |
| Claim Rep.: | David Stephens | Cellular: | (910) 740-3188 |
| Business: | P.O. Box 3452 | E-mail: | dstephens@capstoneisg.com |
| | North Myrtle Beach, SC 29582 | | |
| | | | |
| Estimator: | David Stephens | Cellular: | (910) 740-3188 |
| Business: | P.O. Box 3452 | E-mail: | dstephens@capstoneisg.com |
| | North Myrtle Beach, SC 29582 | | |
| | | | |
| Reference: | | Business: | (215) 256-5000 |
| Company: | Harleysville Mutual Insurance Company | | |
| Business: | 355 Maple Avenue | | |
| | Harleysville, PA 19438 | | |
| | | | |
| Contractor: | | | |
| Company: | ServPro | | |
| Business: | | | |
| | Orangeburg, SC | | |

| | | | | |
|---|---|---|---|---|
| Claim Number: S1-096744 | | Policy Number: HOA964947 | | Type of Loss: Hail |
| | | | | |
| Date Contacted: | 10/9/2012 | | | |
| Date of Loss: | 10/8/2012 | Date Received: | 10/9/2012 | |
| Date Inspected: | 10/11/2012 | Date Entered: | 10/12/2012 3:46 PM | |
| | | | | |
| Price List: | SOCH7X_OCT12 | | | |
| | Restoration/Service/Remodel | | | |
| Estimate: | WILLIEFLOOD-INTERIOR | | | |

**NOTICE:** This is a repair only. The Insurance policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee payment The Insurer assumes no responsibility for the quality of repairs that might be made.

A copy of this document does not constitute a settlement of this claim. The figures enclosed herein are subject to insurance company approval.

It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**CAPSTONE ISG** Capstone ISG

P.O Box 3308
Imo, SC 29063
Cell: 910-740-3188
Fax: 803-233-1345

WILLIEFLOOD-INTERIOR
Living Room
Main Level

*$1078.24*
*- deprec.*
*$78.43*
*$1014.60*

## Living Room                                                          Height: 8'

| DESCRIPTION | | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 5. Acoustic ceiling (popcorn) texture | | 433.64 | SF @ | 1.09 = | 472.67 |
| 6. Seal/prime acoustic ceiling (popcorn) texture | | 433.64 | SF @ | 0.43 = | 186.47 |
| 7. Paint acoustic ceiling (popcorn) texture - 1 coat | | 433.64 | SF @ | 0.50 = | 216.82 |
| 8. Mask per square foot for drywall or plaster work | | 668.00 | SF @ | 0.16 = | 106.88 |
| 9. Final cleaning - construction - Residential | | 433.64 | SF @ | 0.22 = | 95.40 |

## Grand Total Areas:

| | | | | |
|---|---|---|---|---|
| 668.00 SF Walls | 433.64 SF Ceiling | | 1,101.64 SF Walls and Ceiling |
| 433.64 SF Floor | 48.18 SY Flooring | | 83.50 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | | 83.50 LF Ceil. Perimeter |
| | | | |
| 433.64 Floor Area | 461.92 Total Area | | 668.00 Interior Wall Area |
| 775.50 Exterior Wall Area | 86.17 Exterior Perimeter of Walls | | |
| | | | |
| 0.00 Surface Area | 0.00 Number of Squares | | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | | |

WILLIEFLOOD-INTERIOR                                          10/22/2012          Page: 2

V B45· 44a
@ 7776

**CAPSTONE ISG**
**Capstone ISG**

P.O Box 3308
Irmo, SC 29063
Cell: 910-740-3188
Fax: 803-233-1345

*Interior*

## Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total | | | 1,078.24 |
| Material Sales Tax | @ | 7.000% | 14.79 |
| Replacement Cost Value | | | $1,093.03 |
| Less Depreciation | | | (78.43) |
| Actual Cash Value | | | $1,014.60 |
| Less Deductible | | | (500.00) |
| Net Claim | | | $514.60 |
| Total Recoverable Depreciation | | | 78.43 |
| Net Claim if Depreciation is Recovered | | | $593.03 |

David Stephens

**Capstone ISG**

P.O Box 3308
Irmo, SC 29063
Cell: 910-740-3188
Fax: 803-233-1345

## Recap by Room

Estimate: WILLIEFLOOD-INTERIOR

Area: Living Room

Area: Main Level

| | | |
|---|---|---|
| Living Room | 1,878.24 | 100.00% |
| Area Subtotal:  Main Level | 1,878.24 | 100.00% |
| Area Subtotal:  Living Room | 1,878.24 | 100.00% |
| Subtotal of Areas | 1,878.24 | 100.00% |
| Total | 1,878.24 | 100.00% |

**Capstone ISG**

P.O Box 3508
Irmo, SC 29063
Cell: 910-740-3188
Fax: 803-233-1343

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
|  | 95.40 |  | 95.40 |
| CLEANING | 125.76 |  | 125.76 |
| GENERAL DEMOLITION | 453.79 | 15.12 | 438.67 |
| DRYWALL | 483.29 | 62.16 | 341.13 |
| PAINTING |  |  |  |
| Subtotal | 1,078.24 | 77.28 | 1,000.96 |
| Material Sales Tax @ 7.088% | 14.79 | 1.15 | 13.64 |
| Total | 1,093.03 | 78.43 | 1,014.60 |

WILLIEFLOOD-INTERIOR

10/22/2012                    Page: 5

Roof

**CAPSTONE ISG** Capstone ISG

P.O Box 3308
Irmo, SC 29063
Cell: 919-740-3188
Fax: 803-233-1345

| | | | |
|---|---|---|---|
| Insured: | Willie Flood | Home: | (803) 596-9806 |
| Property: | 144 Timrose Lane | | |
| | Orangeburg, SC 29116 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | David Stephens | Cellular: | (910) 740-3188 |
| Business: | P.O. Box 3452 | E-mail: | dstephens@capstoneisg.com |
| | North Myrtle Beach, SC 29582 | | |

| | | | |
|---|---|---|---|
| Estimator: | David Stephens | Cellular: | (910) 740-3188 |
| Business: | P.O. Box 3452 | E-mail: | dstephens@capstoneisg.com |
| | North Myrtle Beach, SC 29582 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (215) 256-5900 |
| Company: | Harleysville Mutual Insurance Company | | |
| Business: | 355 Maple Avenue | | |
| | Harleysville, PA 19438 | | |

| | | |
|---|---|---|
| Contractor: | | |
| Company: | ServPro | |
| Business: | | |
| | Orangeburg, SC | |

| | | | | |
|---|---|---|---|---|
| Claim Number: S1-096744 | | Policy Number: HOA964947 | | Type of Loss: Hail |

| | | | |
|---|---|---|---|
| Date Contacted: | 10/9/2012 | | |
| Date of Loss: | 10/8/2012 | Date Received: | 10/9/2012 |
| Date Inspected: | 10/11/2012 | Date Entered: | 10/12/2012 3:46 PM |

| | |
|---|---|
| Price List: | SCCH7X_OCT12 |
| | Restoration/Service/Remodel |
| Estimate: | WILLIEFLOOD-ROOF |

**NOTICE:** This is a repair only. The insurance policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee payment. The insurer assumes no responsibility for the quality of repairs that might be made.

A copy of this document does not constitute a settlement of this claim. The figures enclosed herein are subject to insurance company approval.

It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**CAPSTONE ISG**   Capstone ISG

P.O. Box 3308
Irmo, SC 29063
Cell: 910-749-3188
Fax: 803-233-1345

9498.06

WILLIEFLOOD-ROOF
Roof
Main Level

Roof1

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 1. 3 tab - 25 yr. - composition shingle roofing - incl. felt | 1.37 SQ @ | 34.16 = | 46.80 |
| 2. 3 tab - 25 yr. - composition shingle roofing - incl. felt | 2.00 SQ @ | 163.79 = | 327.58 |
| 3. Roofing felt - 15 lb. | 1.37 SQ @ | 19.74 = | 27.04 |
| 4. Sheathing - waferboard - 1/2" | 64.00 SF @ | 1.51 = | 96.64 |

**Grand Total Areas:**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 271.73 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 2,856.65 Surface Area | 28.57 Number of Squares | 300.48 Total Perimeter Length |
| 105.67 Total Ridge Length | 0.00 Total Hip Length | |

**CAPSTONE ISG**

**Capstone ISG**

P.O Box 3308
Irmo, SC 29063
Cell: 910-740-3188
Fax: 803-233-1345

Roof

## Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total | | | 498.06 |
| Material Sales Tax | @ | 7.000% | 14.66 |
| Replacement Cost Value | | | $512.72 |
| Less Deductible | | | ($500.00) |
| Net Claim | | | $12.72 |

David Stephens

# EXHIBIT C

FILED
WINNIE B. CLARK
CLERK OF COURT
ORANGEBURG, SC
2015 AUG 10 A

ATTEST: TRUE COPY

Winnie B. Clark
CLERK OF COURT
ORANGEBURG COUNTY, SC

# PROPOSAL

**For Quality Homes**
**Call Steve Welch For Free Estimates**
**45 Yrs. Experience**
**Only Quality Will Stand The Test Of Time**

Welch's
Roofing, Builders & Siding, LLC
1679 Pike Ten Road
_____, SC 29___

Office: (___) ___-____
Mobile: (843) 367-4656

*Billy 843-250-6019*

**Proposal Submitted To:**

Name *Ron*
Street *144 Temloco*
City *Orangeburg*
State *S* Zip *____* Telephone No. *290-1828*

**Work To Be Performed At:**

Street
City
Date of Plans *10/13/12* Architect

*Remove shingles — Repair chimney — Reset ___ Dish*
*Replace 3 Pipe Boots   25yr   3-___   5___*
*_____*

*Wrap House   siding — soffitt — Facial - Porch Ceiling*
*23' ___   Not Windows — Not ___ on side Porch*

We propose hereby to furnish material and labor - complete in accordance with these specifications, for the sum of:

_____ Dollars ($ _____)

Payable as follows:

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner to standard practices. Any alterations or deviations from above specifications involving extra cost will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Worker's Compensation Insurance.

Authorized Signature *_____*

NOTE - This proposal may be withdrawn by us if not accepted within _____ days.

## ACCEPTANCE OF PROPOSAL

The prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____ Date _____ Signature _____ Date _____

2015 AUG 10  A 10: 15

FILED
WINNIE B. CLARK
CLERK OF COURT
ORANGEBURG, SC

# EXHIBIT D

ATTEST: TRUE COPY

*Winnie B. Clark*

CLERK OF COURT
ORANGEBURG COUNTY, SC



