**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBUR GDIVISION
CASE NUMBER: 5:15-cv-03589-JMC**

| | |
|---|---|
| Willie Flood,<br><br>                                     Plaintiff,<br><br>v.<br><br>Nationwide Mutual Insurance Company as surviving entity and/or successor in interest to Harleysville Mutual Insurance  Company and Harleysville Insurance Company,<br><br>                                     Defendants. | **STIPULATION OF DISMISSAL** |

The above-referenced matter having been settled by the parties, the undersigned as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed **with prejudice** and forever ended.


s/David K. Allen_____          s/J.R. Murphy_____
David K. Allen, Esquire                                          J.R. Murphy, Esquire
Allen Law Firm, P.A.                                              Murphy & Grantland, P.A.
519 Meeting Street (29169)                                   P.O. Box 6648
P.O. Box 3241                                                         Columbia, SC  29260
West Columbia, SC 29171                                    803-782-4100
Phone:  803-764-2328                                           Attorney for Defendants
Attorney for Plaintiff


February 10, 2016